IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARON A. YOUNKINS BEY ex rel. Sharod A. Younkins, and MALICHI ZULU BEY,<br><br>Plaintiffs,<br><br>v.<br><br>JUDGE CHRISTOPHER BRASHER, et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:15-CV-01681-TWT-CMS |

### FINAL REPORT AND RECOMMENDATION

This matter is before the Court on petitioner Sharod A. Younkins Bey's failure to respond to this Court's order issued on June 4, 2015 denying petitioner's request to proceed *in forma pauperis* ("IFP") and directing the petitioner to either submit a fully completed and proper IFP application or pay the court's filing fee within thirty (30) days from the date of the order. [Doc. 4]. The petitioner was informed that failure to submit a new IFP application or to pay the filing fee within 30 days would result in a recommendation that this action be dismissed.

Over 30 days have passed since the order was issued, and the petitioner has neither submitted a new IFP application nor paid this court's filing fee. Accordingly,

I **RECOMMEND** that this case be dismissed without prejudice, pursuant to Local Rule 41.3(A), for want of prosecution and failure to obey a lawful order of this court.

**SO RECOMMENDED**, this 17th day of July, 2015.

*Catherine Salinas*
**CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHARON A. YOUNKINS BEY ex rel. Sharod A. Younkins, and MALICHI ZULU BEY, | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:15-CV-01681-TWT-CMS |
| JUDGE CHRISTOPHER BRASHER, et al., | |
| Defendants. | |

## ORDER FOR SERVICE OF
## REPORT AND RECOMMENDATION

The Report and Recommendation of the undersigned United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72(b), N.D. Ga. R. 72.1(B), (D), and Standing Order 14-01 (N.D. Ga. Aug. 15, 2014), has been filed. The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **FOURTEEN (14) DAYS** of service of this Order. Should objections be filed, they shall specify with particularity the alleged

error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review. 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED and DIRECTED**, this 17th day of July, 2015.

*Catherine Salinas*
**CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)