IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHEROD A. YOUNKINS BEY
Ex Rel: Sharod A. Younkins, et al.,

   Plaintiffs,

    v.

Judge Christopher Brasher
Etc.,

   Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-1681-TWT

**ORDER**

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with an Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Bey\r&r.wpd